UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

September 6, 2013

MEMO TO COUNSEL RE: John Troll v. Russel Motor Cars, Inc.
Civil No. JFM-13-1969

Dear Counsel:

I have reviewed the memoranda submitted in connection with defendant's pending motion to dismiss Counts I-III and for summary judgment on Count IV of the complaint.

It may be that this case is entirely frivolous and that the issue concerning whether Mr. Troll owes approximately $2,000 to Russel should be resolved in the State Court proceeding instituted by Russel. I have, however, decided that Mr. Troll should be given an opportunity to amend his complaint if, in accordance with the requirements of Rule 11, he believes that he can do so. Accordingly, Mr. Troll is granted leave to file an amended complaint on or before September 20, 2013. Defendant's pending motion is denied as moot.

Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge